# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PEATRAL SMITH,

    Plaintiff,

v.                                      Case No: 8:23-cv-1237-JSM-AEP

HELP AT HOME OF FLORIDA, LLC,

    Defendant.
_____

## ORDER OF DISMISSAL

This case was stayed and administratively closed on June 27, 2023, to allow the parties to attend arbitration. Before the Court is the Joint Stipulation for Dismissal with Prejudice (Dkt. 13). Accordingly, pursuant to Local Rule 3.09(b), it is

**ORDERED AND ADJUDGED** that the stay is hereby lifted and the Clerk is directed to reopen this case. This cause is hereby **DISMISSED** with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 23rd day of August, 2023.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record